**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Nicholas** <br> First Name <br><br> **Anthony** <br> Middle Name <br><br> **Capparelli** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | **Kristi** <br> First Name <br><br> **Lea** <br> Middle Name <br><br> **Nelson** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 5 4 5 0 <br> OR <br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – 4 9 2 1 <br> OR <br> 9xx – xx – ____ ____ ____ ____ |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ☐ I have not used any business names or EINs. | ☑ I have not used any business names or EINs. |

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☐ I have not used any business names or EINs.

**Capparelli's Italian Food & Bakery**
_____
Business name

_____
Business name

_____
Business name

_ _ – _ _ _ _ _ _ _
EIN

_ _ – _ _ _ _ _ _ _
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

_ _ – _ _ _ _ _ _ _
EIN

_ _ – _ _ _ _ _ _ _
EIN

**5.** **Where you live**

**104 Encino Bonito**
_____
Number    Street

_____

_____

**Adkins**      **TX**    **78101**
_____
City      State    ZIP Code

**Wilson**
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City      State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____

_____
City      State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City      State    ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

### Part 2:    Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.    How you will pay the fee**

☑    **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐    **I need to pay the fee in installments.**  If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐    **I request that my fee be waived**  (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments).  If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

☐    No

☑    Yes.

District  **Western, Texas** _____  When  **07/30/2015**    Case number  **5:15 BK 51815**
                                                        MM / DD / YYYY

District  _____  When  _____    Case number  _____
                                                        MM / DD / YYYY

District  _____  When  _____    Case number  _____
                                                        MM / DD / YYYY

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑    No

☐    Yes.

Debtor  _____  Relationship to you  _____

District  _____  When  _____    Case number,  _____
                                                        MM / DD / YYYY    if known

Debtor  _____  Relationship to you  _____

District  _____  When  _____    Case number,  _____
                                                        MM / DD / YYYY    if known

**11.   Do you rent your residence?**

☑    No.    Go to line 12.

☐    Yes.    Has your landlord obtained an eviction judgment against you?

☐    No.  Go to line 12.

☐    Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____   _____   _____
City                              State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?   _____
                          Number     Street

_____

_____   _____   _____
City                              State     ZIP Code

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** **What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No.  Go to line 16b.
☑ Yes.  Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☐ Yes.  Go to line 17.

16c.  State the type of debts you owe that are not consumer or business debts.

_____

**17.** **Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18.** **How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Nicholas Anthony Capparelli**                       X **/s/ Kristi Lea Nelson**
_____                              _____
Nicholas Anthony Capparelli, Debtor 1                        Kristi Lea Nelson, Debtor 2

Executed on **04/26/2019**                                   Executed on **04/26/2019**
MM / DD / YYYY                                               MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Martin Seidler** _____    Date  **04/26/2019**
   Signature of Attorney for Debtor                              MM / DD / YYYY

**Martin Seidler** _____
Printed name

**LAW OFFICES OF MARTIN SEIDLER** _____
Firm Name

**One Elm Place, Suite 504** _____
Number         Street

**11107 Wurzbach Road** _____

_____

**San Antonio** _____  **TX**       **78230** _____
City                                     State      ZIP Code

Contact phone  **(210) 694-0300** _____    Email address **Marty@Seidlerlaw.com** _____

**18000800** _____  **TX** _____
Bar number                              State

IN RE:   **Nicholas Anthony Capparelli**                                        CASE NO
         **Kristi Lea Nelson**

                                                                               CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/26/2019                              Signature  **/s/ Nicholas Anthony Capparelli**
                                                        *Nicholas Anthony Capparelli*

Date  4/26/2019                              Signature  **/s/ Kristi Lea Nelson**
                                                        *Kristi Lea Nelson*

21 st Century Mortgage
Customer Service Dept.
PO Box 477
Knoxville,  TN 37901


Aaron's Sales & Lease O
1015 Cobb Place Blvd.
Kennesaw, GA 30144


ADT Security Services, Inc.
P.O. Box 371878
Pittsburgh, PA 15250


Amer Mngt Svcs / Connally Memrl Med Ctr
PO Box 44069
Oklahoma City, OK 73144-1069


American Col. Svc./Connally Med
P. O. Box 44069
Oklahoma City, OK 73144


Aransas County
c/o Diana W, Sanders
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX 78760-7428

Aransas Cty Tax Office
319 Church St.
Rockport, TX 78382


ARS National
201 West Grand
Escondido, CA  92025


ARS National
PO Box 463023
Escondido, CA  92046

```
Atascosa Cty Sheriff #17-10-0991
1108 Campbell
Jourdanton, TX   78026


Atascosa Cty Tax Assessor
319 N. Church
Rockport, TX 78382


Auto-Chlor Services
Dept. 205
PO Box 4869
Houston, TX 77210-4869


Avante / Atascosa ER
3600 South Gessner
Houston, TX 77063-5357


Boat House Storage
3046 W. Adams
Port O'Connor, TX 77982


Boat House Storage
Pt. Oconnor, TX


Burn, Cooper & Associates/King & Court I
PO Box 1459
Sulphur Spring, TX 75483-1459


Business & Professional Services
Attn: Path Ref Lab
621 N. Alamo St.
San Antonio, TX 78215-1836


Capital One
P.O. Box 30281
Salt Lake City, UT 84130
```

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Bank
Attn: Bankruptcy Department
P. O. Box 30285
Salt Lake City, UT  84130


Capital One Bank
Attn: Bankruptcy Department
P. O. Box 30281
Salt Lake City, UT  84130


Capital One Bank, N.A
PO Box 71083
Charlotte, NC 28272-1083


Chem Mark of San Antonio
4750 Center Park Blvd.
San Antonio, TXC 78218-4400


Citibank/The Home Depot
Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040


City of Peasanton
c/o David G Aelvoet
711 Navarro, Ste 300
San Antonio, TX 78205-1749


City of Rockport
622 E. Market St.
Rockport, TX 78382-2530


Comenity Bank/Bankruptcy Dept
P. O. Box 182125
Columbus, Ohio 43218

Comenity Bank/VCTRSSEC
PO Box 182789
Columbus, OH 43218-2789


Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Conn's Appliances Inc.
PO Box 2358
Beaumont, TX 77704-2358


Conn's Credit Co
P.O. Box 2358
Beaumont, TX 77704


Conn's Credit Corp.
3925 College St.
Beaumont, TX 78382-2530


Connally Memorial Medical Ctr.
499 10th St.
Floresville, TX 78114


Constar Financial Srvcs
3561 W Bell Rd.
Phoenix, AZ 85053


Corpus Christi Medical Ctr
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927


Credit Collections/Progressive Ins.
PO Box 773
Needham, MA 02494-0918

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193


David Wells
PO Box 2430
Rockport, TX 78381-2430


DIRECTV
PO Box 78626
Phoenix, AZ 85062


DIRECTV LLC
Attn: Bankruptcy
PO Bx 6550
Greenwood Village, CO 80155-6550


Dist. Clerk #17-10-0991 CVA
One Courthouse Circle
Jourdanton, Texas 78026


Dr.Albert Rath
274 E. Garza St.
New Braunfels, TX 78130


Ears and Hearing PA
12319 N MOPAC EXPY BLDG C, SUITE 300
AUSTIN, TX 78758


Enhanced Recovery Company / AT&T DirecTV
PO Box 57547
Jacksonville, FL 32241


Execupay
10500 Heritage Blvd.
San Antonio, TX 78216-3616

First Credit Services / Anytime Fitness
377 Hoes Lane, Ste 200
Piscataway, NJ 08854


First Data Mechants Cash Advance
4000 Coral Ridge Dr.
Coral Springs, FL 33065


First Data Merchant Services
1307 Walt Whitman Rd.
Melville, NY 11747-4819


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081-1198


Guadalupe Regional Medical Ctr
1215 E. Court St.
Sequin, TX 78155-5129


GVWHCC
1255 Ashby St, Ste G
Seguin, TX 78155-5100


IC Systems Coll./AT&TMobility
P. O. Box 64378
St. Paul, MN  55164

ICA Collections/Labcorp.
P. O. Box 2240
Burlington, NC  27216


Internal Revenue Service
Attn: Special Procedures Group
300 E. 8th St., STOP 5022 AUS
Austin, TX 78701


Internal Revenue Service
Special Procedures Insolvency Sec.
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jourdanton Hardware & Supply
1308 Simmons Ave.
Jourdanton, TX 78026


King and Court Imaging
1330 Wonder World Dr., Ste 202
San Marcos, TX 78666


Linebarger, et. al./wilson Cty
711 Navarro #300
San Antonio, Texas  78205


Lisa Fried Greenberg
PO Box 9320
Baldwin, NY 11510-9320


Live Oak Family Health
1417 E Walnut St #600
Seguin, TX 78155

Mercantile Adj. Bureau 1
165 Lawrence Bell Dr., Ste 100
Williamsville, NY 14221


Merch & Prof CB
PO Box 140675
Austin, TX 78714-0675


Merch & Prof CB / Dr. Albert Rath
PO Box 140675
Austin, TX 78714-0675


Merch & Prof CB / Ears and Hearing PA
PO Box 140675
Austin, TX 78714-0675


Merch & Prof CB / Seguin Pathology
PO Box 140675
Austin, TX 78714-0675


Merchants & Professional
11921 North Mopac
Austin, TX 78759-3552


Midland Credit Management, Inc. as agent
MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011


Midland Credit Mgmt
2365 Northside Dr., Ste. 300
San Diego, CA 92108


Midland Funding, LLC
8875 Aero Dr. #200
San Diego, CA  92123

Mission Restaurant Supply
1227 S. St. Mary's
San Antonio, TX 78210


MVBA
City of Poteet
P. O. box 1310
Round Rock, TX  7680


need ame
Port Oconnor TX


Nicholas Anthony Capparelli
104 Encino Bonito
Adkins, TX 78101-2750


NPRTO TExas LLC
10619 S. Jordan Gateway #100
South Jordan, UT 84095


Paramount Rec Systm/Connally Mem Med Ctr
7524 Bosque Blvd., Ste. L
Waco, TX 76712


Paramount Recovery
107 Deanna
Robinson, TX 76706


Pathology Reference Labs
9600 Datapoint Dr,
San Antonio, TX 78229


Paypal, Inc.
c/o Covergent Outsourcing
P. O. Box 9004
Renton, WA  98057

Performance Food Group
12500 West Creek Parkway
Richmond, VA 23238-1110


Permanent General
2636 Elm Hill Pike
Nashville, TN 37214


Pinnacle Credit Service
Attn: Bankruptcy / Verizon
PO Box 640
Hopkins, MN 55343-0640


Pioneer Credit Recovery, Inc.
26 Edward St.
Arcade, NY 14009-1012


Portfolio Recovery Ass
140 Corporate Blvd.
Norfolk, VA  23502


Portfolio Recovery Ass / Capital One Bk
120 Corporate Blvd., Ste 100
Norfolk, VA  23502


Premier Bankcard, LLC
c/o Jefferson Captial Syst, LLC
PO Box 7999
Saint Cloud, MN 56302-7999


Progressive  Leasing, LLC
256 West Data Dr.
Draper, UT 84020-2315


Progressive Leasing
256 Draper Dr.
Draper, UT  84020

Quest Diagnostics
P. O. Box 740779
Cincinnati, OH  45274


Rausch Sturm
250 N Sunnyslope Dr., Ste 300
Brookfield, WI 53005


Reliant
PO Box 650475
Dallas, TX 75265-0475


Reliant Energy
P.O. Box 3765
Houston, TX 77253-3765


Rise
4150 Internationl Plaza, Ste 300
Ft. Worth ,TX 76109


Sarma Collection / Guad. Med.
555 E Ramsey Rd.
San Antonio, TX 78216-4640


Security State Bank
1000 N Oak St.
Pearsall, TX 78061-3409


Security State Bank
1000 N Oak St.
Pearsall, Texas  78061-3409


Security State Bank
PO Box S
PEarsall, TX 78061-1418

Security State Bank
c/o James A. Hoffman
Clemens & Spencer
112 E. Pecan - Ste.1300
San Antonio, TX 78205-1531

Seguin Pathology
 1255 Ashby St # B
Seguin, TX 78155

Southern Credit Adj/Connally  Med
2420 Professional Dr.
Rocky Mount, NC 27804

Southern Credit Adj/Connally Med
P. O. box 2764
Rocky Mount, NC  27802

Southtrust Bank
PO Box D
George West, TX 78022

Star Anesthesia, PA
P.O. Box 659
San Antonio, TX 78293

State Farm Bank, FSB
P.O. Box 3299
Milwaukee, WI 53201-3299

Sunset Development
PO Box 367
Pleasanton, TX 78064-0367

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528

Texas Comptroller of Public Accounts
PO Box 13528 Capitol Station
Austin, TX 78711


Texas Inpatient Pediatrics
19223 Stonehue
San Antonio, TX 78258


Texas Inpatient Svcs
19223 Stonehue
San Antonio, TX 78258


The Shops At Brooklyn Sq., LLC
c/o W. Michael Orbelo
215 W. Bandera Rd. #114
Boerne, Texas  78006


The Shops At Brooklyn Sq., LLC
1515 Bensdale Rd.
Pleasanton, Texas  78064


TR Land Co.
18585 Sigma Rd, Ste 106
San Antonio, TX 78258-4204


TR Land Company
18585 Sigma Rd, Ste 106
San Antonio, TX 78258-4204


Transworld Sys Recipient Pilot
507 Prudential Rd.
Horsham, PA19044


Transworld Systems
507 Prudential Rd.
Horsham, PA 19044

TX Tag
P. O. Box 650749
Dallas, Texas  75265


TXU Energy
PO Box 65764
Dallas, TX 75262-0764.


TXU Energy
6555 Sierra Drive
Irving, TX 75039


U. S. Trustee
P. O. Box 1539
San Antonio, Texas 78295


US Attorney's Office
601 NW Loop 410, Ste 600
San Antonio, TX 78216-5597


VA Regional Office
Office of District Counsel
2515 Murworth Dr.
Houston, TX 77054-16032


Vesta Corp.
Attn: Payments & Collections
PO Box 23874
Portland, OR 97281-3874


Victoria Emergency Partners
P. O. Box 203949
Dallas, Texas  75320


Wilson CAD
c/o David G Aelvoet
711 Navarro, Ste. 300
San Antonio, TX 78205-1749

```
Wilson County
c/o David G Aelvoet
711 Navarro, Ste 300
San Antonio, TX 78205-1749


Wilson County Appraisal District
1611 Railroad Street
FLoresville, TX 78114-1825


Wilson County Appraisal District
PO Box 849
Floresville, TX 78114


Wilson County Tax Office
1 Library Lane
Floresville, Texas  78114


Wilson Cty Clerk #18-07-0541
P. O. Box 812
Floresville, Texas  78114


Wilson Cty Sheriff #17-10-0991
800 10th St.
Floresville, Texas  781114
```